KNIGHT & MARTIN *et al.*, APPELLANTS, VS. WEST COAST NAVAL STORES COMPANY, APPELLEE.

APPELLATE PRACTICE—DISMISSAL WHERE FRIVOLITY OF APPEAL APPEARS.

Where a cause pending in the appellate court is heard and considered upon an application for a supersedeas of the decree appealed from, and upon a simultaneous motion by the appellees to dismiss for failure on the part of appellants to file briefs within the time prescribed by the rules, and upon counter motion by appellants for further time to file briefs, and the court is satisfied that the appeal is frivolous and without merit, the motion to dismiss for failure to file briefs will be granted.

Appeal from the Circuit Court for Hernando County.

The facts in the case are stated in the opinion of the court.

*Sparkman & Carter*, for motion.

*H. L. Anderson* and *J. B. Whitfield, contra.*

PER CURIAM.

This cause coming on to be heard upon an application of the appellants for a supersedeas of the decree appealed from, and also upon motion of the apellees to dismiss the appeal for failure to file briefs by the appellants, and upon motion by the appellants to be allowed to file briefs on the merits after the lapse of time allowed by the rules for filing such briefs, upon consideration of the transcript of the record on the application for supersedeas, the court finds that there is no merit in the appeal, but on the contrary that the appeal is frivolous; it is therefore, considered, ordered and adjudged that the applications by the appellants for supersedeas and for leave to file briefs be, and the same are hereby denied, and the motion of the appellee to dismiss the appeal is hereby granted, and the said appeal in said cause is hereby dismissed at the cost of the appellants.

Justices MABRY and CARTER dissent.